# EXHIBIT D

# Bilal L. Iddinn

**From:** Mead, Lowell [mailto:lmead@cooley.com]
**Sent:** Tuesday, July 12, 2016 10:02 PM
**To:** John Garvish; Chen, Dena; John B. Campbell; Kevin Burgess; Lindsay Martin Leavitt; Richard Kamprath; Matt Rappaport; Andrew D. Whalen; Kevin Burgess; Kat Li; Odyssey-Wireless; Roderick G. Dorman; Vicki Merideth; McCluskey, Jeannie
**Cc:** lindsaywhite@paulhastings.com; joylee@mayerbrown.com; Michael H. Jones; Jenny L. Colgate; allansoobert@paulhastings.com; joellin@paulhastings.com; evanmclean@paulhastings.com; JZhou@mayerbrown.com; AAly@mayerbrown.com; chriskennerly@paulhastings.com; Teter, Tim; Damstedt, Ben; Viswanath, Priya B; Gibbs, Tracy
**Subject:** RE: Odyssey v. Apple, LG, Motorola, Samsung

John,

Thanks.  Confirmed for 2pm Central on Wednesday.  Dial in: 1-877-211-3621, passcode:  5452989498.

TIV's objection to producing responsive documents on the basis that the documents might also be in the possession of Odyssey is not well-founded.  Odyssey has not represented that it has produced the responsive documents that are in TIV's possession.  Given that your firm represents both Odyssey and TIV, you would be well-positioned to make that representation if it could be made.

The applicable categories of documents are the documents responsive to each of the subpoena document requests.  We look forward to discussing with you.

Thanks,

Lowell

**Lowell D. Mead**
Cooley LLP  (650) 843-5734

---

**From:** John Garvish [mailto:jgarvish@McKoolSmith.com]
**Sent:** Monday, July 11, 2016 2:40 PM
**To:** Mead, Lowell; Chen, Dena; John B. Campbell; Kevin Burgess; Lindsay Martin Leavitt; Richard Kamprath; Matt Rappaport; Andrew D. Whalen; Kevin Burgess; Kat Li; Odyssey-Wireless; Roderick G. Dorman; Vicki Merideth; McCluskey, Jeannie
**Cc:** lindsaywhite@paulhastings.com; joylee@mayerbrown.com; mjones@rothwellfigg.com; jcolgate@rothwellfigg.com; allansoobert@paulhastings.com; joellin@paulhastings.com; evanmclean@paulhastings.com; JZhou@mayerbrown.com; AAly@mayerbrown.com; chriskennerly@paulhastings.com; Teter, Tim; Damstedt, Ben; Viswanath, Priya B; Gibbs, Tracy
**Subject:** RE: Odyssey v. Apple, LG, Motorola, Samsung

Lowell,

Thanks so much for reaching out but I'm a little confused by the email as the subpoena to TIV requested that responsive documents be brought to the deposition and we've since agreed to reschedule the deposition date.  In addition, based on the Court's recent decision on standing we had assumed that y'all had decided to forgo this discovery in light of its lack of relevance.  Assuming y'all still intend to seek this discovery we would be interested in understanding (before having any meet and confer) what responsive non-privileged documents you would envision being in the possession of TIV that would not be duplicative of those in Odyssey's possession.  Assuming you can identify any document categories, we would welcome a meet and confer to discuss the TIV subpoena and our responses and objections and are available on Wednesday afternoon at 2 pm cst.  Please let me know if this time will work.  Thanks so much.

Best,
John

John Franklin Garvish, II, Ph.D., J.D.
jgarvish@mckoolsmith.com
Phone: (512) 692-8731

---

**From:** Mead, Lowell [mailto:lmead@cooley.com]
**Sent:** Friday, July 08, 2016 4:09 PM
**To:** Chen, Dena; John Garvish; John B. Campbell; Kevin Burgess; Lindsay Martin Leavitt; Richard Kamprath; Matt Rappaport; Andrew D. Whalen; Kevin Burgess; Kat Li; Odyssey-Wireless; Roderick G. Dorman; Vicki Merideth; McCluskey, Jeannie
**Cc:** lindsaywhite@paulhastings.com; joylee@mayerbrown.com; mjones@rothwellfigg.com; jcolgate@rothwellfigg.com; allansoobert@paulhastings.com; joellin@paulhastings.com; evanmclean@paulhastings.com; JZhou@mayerbrown.com; AAly@mayerbrown.com; chriskennerly@paulhastings.com; Teter, Tim; Damstedt, Ben; Viswanath, Priya B; Gibbs, Tracy
**Subject:** RE: Odyssey v. Apple, LG, Motorola, Samsung

John and other counsel,

Can you please respond to our July 6 email below?

Thanks,

Lowell

**Lowell D. Mead**
Cooley LLP   (650) 843-5734

---

**From:** Chen, Dena
**Sent:** Wednesday, July 06, 2016 12:57 PM
**To:** John Garvish; John B. Campbell; Kevin Burgess; Lindsay Martin Leavitt; Richard Kamprath; Matt Rappaport; Andrew D. Whalen; Kevin Burgess; Kat Li; Odyssey-Wireless; Roderick G. Dorman; Vicki Merideth; McCluskey, Jeannie
**Cc:** lindsaywhite@paulhastings.com; joylee@mayerbrown.com; mjones@rothwellfigg.com; jcolgate@rothwellfigg.com; allansoobert@paulhastings.com; joellin@paulhastings.com; evanmclean@paulhastings.com; JZhou@mayerbrown.com; AAly@mayerbrown.com; chriskennerly@paulhastings.com; Teter, Tim; Damstedt, Ben; Mead, Lowell; Viswanath, Priya B; Gibbs, Tracy
**Subject:** RE: Odyssey v. Apple, LG, Motorola, Samsung

John,

We have yet to receive any documents from Texas IP Ventures responsive to the subpoena served on June 13.  Please confirm that Texas IP Ventures will complete its document production by July 8.  To the extent Texas IP Ventures is not timely producing the requested documents, please let us know when you are available to meet and confer.

Thanks,
Dena

**Dena Chen**
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Direct: +1 650 843 5135 • Fax: +1 650 849 7400
Email: dchen@cooley.com • www.cooley.com

---

**From:** John Garvish [mailto:jgarvish@McKoolSmith.com]
**Sent:** Thursday, June 23, 2016 1:13 PM

**To:** Chen, Dena; John B. Campbell; Kevin Burgess; Lindsay Martin Leavitt; Richard Kamprath; Matt Rappaport; Andrew D. Whalen; Kevin Burgess; Kat Li; Odyssey-Wireless; Roderick G. Dorman; Vicki Merideth
**Cc:** lindsaywhite@paulhastings.com; joylee@mayerbrown.com; mjones@rothwellfigg.com; jcolgate@rothwellfigg.com; allansoobert@paulhastings.com; joellin@paulhastings.com; evanmclean@paulhastings.com; JZhou@mayerbrown.com; AAly@mayerbrown.com; chriskennerly@paulhastings.com; Teter, Tim; Damstedt, Ben; Mead, Lowell; Viswanath, Priya B; Gibbs, Tracy
**Subject:** RE: Odyssey v. Apple, LG, Motorola, Samsung

Dear Counsel,

McKool Smith is representing Ni, Wang & Massand, PLLC and Texas IP Ventures in the recently served subpoenas. I understand that objections to these two subpoenas are due tomorrow, June 24, 2016 and we would like an extension for objections until next Tuesday, June 28, 2016. Please confirm this is agreeable as soon as practicable. Thanks in advance.

In addition, we have confirmed availability for the requested depositions and can offer these witnesses on July 12, 2016. We propose we begin one deposition in the morning and then conduct the other in the afternoon. These depositions will take place in McKool Smith's Austin office. Thanks in advance and please don't hesitate to reach out to us if you have any questions or would like to discuss. Thanks in advance.

Best,
John

John Franklin Garvish, II, Ph.D., J.D.
jgarvish@mckoolsmith.com
Phone: (512) 692-8731

---

**From:** Chen, Dena [mailto:dchen@cooley.com]
**Sent:** Friday, June 10, 2016 1:10 PM
**To:** John B. Campbell; Kevin Burgess; Lindsay Martin Leavitt; Richard Kamprath; Matt Rappaport; Andrew D. Whalen; Kevin Burgess; Kat Li; Odyssey-Wireless; Roderick G. Dorman; John Garvish; Vicki Merideth
**Cc:** lindsaywhite@paulhastings.com; joylee@mayerbrown.com; mjones@rothwellfigg.com; jcolgate@rothwellfigg.com; allansoobert@paulhastings.com; joellin@paulhastings.com; evanmclean@paulhastings.com; JZhou@mayerbrown.com; AAly@mayerbrown.com; chriskennerly@paulhastings.com; Teter, Tim; Damstedt, Ben; Mead, Lowell; Viswanath, Priya B; Gibbs, Tracy
**Subject:** Odyssey v. Apple, LG, Motorola, Samsung

Please see the attached subpoenas to Ni, Wang & Massand, PLLC and Texas IP Ventures I, LLC.

**Dena Chen**
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Direct: +1 650 843 5135 • Fax: +1 650 849 7400
Email: dchen@cooley.com • www.cooley.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,

disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.