Christopher W. Kennerly
California Bar No. 25593
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900
chriskennerly@paulhastings.com

Allan M. Soobert (admitted pro hac vice)
PAUL HASTINGS LLP
875 15th Street NW
Washington, DC 20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-0222
allansoobert@paulhastings.com

*Attorneys for Defendant
Samsung Electronics America, Inc.*

*Counsel for Defendants in other cases provided in signature block*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| ODYSSEY WIRELESS, INC.,<br><br>     Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.,<br><br>     Defendants. | Case No.  3:15-cv-01738-H-RBB<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  September 12, 2016<br>Time:  9:30 a.m.<br>Ctrm:  15A<br>Judge:  Hon. Marilyn Huff |

| | |
|---|---|
| ODYSSEY WIRELESS, INC., <br>       Plaintiff, <br>   v. <br> MOTOROLA MOBILITY LLC, <br><br>       Defendant. | Case No.  3:15-cv-01741-H-RBB |
| ODYSSEY WIRELESS, INC., <br>       Plaintiff, <br>   v. <br> LG ELECTRONICS, INC., et al., <br><br>       Defendants. | Case No.  3:15-cv-01743-H-RBB |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 12, 2016, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Marilyn Huff of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, CA 92101, Defendants in the above-captioned actions will and hereby move the Court, Pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment that (1) the asserted claims are not entitled to a pre-filing invention date because Odyssey has adduced no corroborating evidence; (2) the '606, '230, and '393 Patents lack priority to the 2005 provisional and the May 2006 PCT applications; (3) Defendants do not infringe the asserted claims requiring a "waveform alphabet"; (4) Defendants do not literally infringe the asserted claims that require "mapping" into a waveform sequence; (5) the claims requiring differing "pluralities of frequencies" are rendered obvious over *Galda*; and (6) damages should be limited to a nominal amount. This Motion is based on this Notice, the Memorandum in Support of Defendants' Motion for Summary Judgment, the Declaration of Evan M. McLean in Support of Defendants' Motion for Summary Judgment and exhibits filed simultaneously herewith, the record and other papers on file in this action, and upon such further evidence or argument as may be presented to the Court.

| | | |
|---|---|---|
| 1 | Dated: August 15, 2016 | */s/ Christopher W. Kennerly* |
| 2 | | Christopher W. Kennerly |
| | | California Bar No. 25593 |
| 3 | | PAUL HASTINGS LLP |
| | | 1117 S. California Avenue |
| 4 | | Palo Alto, CA 94304 |
| | | Telephone: (650) 320-1800 |
| 5 | | Facsimile: (650) 320-1900 |
| | | chriskennerly@paulhastings.com |

Allan M. Soobert (*admitted pro hac vice*)
PAUL HASTINGS LLP
875 15th Street NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-0222
allansoobert@paulhastings.com

Attorneys for Defendant
Samsung Electronics America, Inc.

Dated: August 15, 2016

*/s/ Dale J. Giali*
Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

A. John P. Mancini (*pro hac vice*)
jmancini@mayerbrown.com
Amr O. Aly (*pro hac vice*)
aaly@mayerbrown.com
Jeong Ah Joy Lee (*pro hac vice*)
joylee@mayerbrown.com
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Attorneys for Defendant
Motorola Mobility LLC

| | |
|---|---|
| 1 | Dated:  August 15, 2016 |

*/s/ Brian Tollefson*
Steven M. Lieberman (pro hac vice)
Brian A. Tollefson (pro hac vice)
Joo Mee Kim (pro hac vice)
Rothwell Figg Ernst & Manbeck PC
607 14th Street, Suite 800
Washington D.C. 20005
Telephone:  (202) 783-6040
Facsimile:  (202) 783-6031

Jeffrey D. Lewin (SBN 68202)
Sullivan Hill Lewin Rez & Engel
550 West C Street, Suite 1500
San Diego, CA  92101-3540
Telephone:  (619) 233-4100
Facsimile:  (619) 231-4372

Attorneys for Defendants
LG Electronics U.S.A., Inc.,
and LG Electronics Mobilecomm U.S.A., Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on August 15, 2016, with a copy of this document via the Court's CM/ECF system per Local Rules. Any other counsel will be served by electronic means, facsimile, overnight delivery and/or first class mail on this date.

By: */s/ Christopher W. Kennerly*